# SPECIAL ORDERS

In this section will be published orders of the Court (other than grants and denials of leave to appeal from the Court of Appeals) of general interest to the bench and bar of the state.

NOVEMBER 25, 1980

IN THE MATTER OF HALPERN. (Docket No. 65570.) Leave to appeal considered and, pursuant to GCR 1963, 853.2(4), in lieu of leave to appeal, we modify the discipline imposed by the Attorney Discipline Board by reducing it to a reprimand because the finding that respondent-appellant failed to ensure that the views of the sentencing judge were made known to the Parole Board is not record supported, the other findings do not justify a conclusion that respondent-appellant violated DR 6-101(A)(3) and DR 7-101(A)(1), and the conduct of respondent-appellant does not warrant a suspension. *Louis Rosenzweig,* Counsel to Grievance Administrator. *Eileen R. Scheff* for appellant Halpern.

DECEMBER 23, 1980

IN THE MATTER OF GAULDEN. (Docket No. 65238.) Leave to appeal denied. *Eugene N. LaBelle,* Counsel, Attorney Grievance Commission. *Booker T. Gaulden, in propria persona,* appellant.

PROPOSED AMENDMENT OF GCR 1963, 964, 970, AND 975. On order of the Court, this is to advise that the Court is considering a proposal to amend GCR 1963, 964, 970, and 975. Before determining whether it should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

(The present language is to be repealed and replaced by the following language unless otherwise indicated below:)

RULE 964. HEARING PANEL PROCEDURE.

.1—.5 (Unchanged.)

.6 Prehearing Procedure.

(a)-(c) (Unchanged.)